**Lord VERSATILE, a/k/a Venson Leon Coward, Plaintiff—Appellant,**

v.

**Gene JOHNSON, Director Virginia DOC; John Jabe, Deputy Director of Operations; Benjamin A. Wright, Chairman Publication Review Board; W.D. Jennings, Ph.D., Formal Chairman Publication Review; Loretta Kelly, Warden, Sussex I Prison; A. David Robinson, Regional Director, Defendants—Appellees.**

No. 12–6211.

United States Court of Appeals, Fourth Circuit.

Submitted: June 29, 2012.

Decided: July 20, 2012.

Lord Versatile, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lord Versatile appeals the district court's order accepting the magistrate judge's recommendation and denying relief on Versatile's action alleging violations under the Religious Land Use and Institutionalized Persons Act (RLUIPA). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Versatile v. Johnson*, No. 3:09–cv–00120–HEH–MHL, 2011 WL 5118633 (E.D.Va. Oct. 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*